# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-00335

Anthony Kahalekulu,

    Plaintiff/Movant,

Hilton Grand Vacations Company, LLC; and
DOES 1-10, inclusive,

    Defendants.

## COMPLAINT

For this Complaint, the Plaintiff, Anthony Kahalekulu, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

2. This Court has original jurisdiction over Plaintiff's TCPA claims. *Mims v. Arrow Fin. Serv., LLC*, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

1. Plaintiff, Anthony Kahalekulu ("Plaintiff"), is an adult individual residing in Highlands Ranch, Colorado.

2. Defendant Hilton Grand Vacations Company, LLC ("Hilton"), is a Florida business entity with an address of 6355 Metrowest Boulevard, Suite 180, Orlando, Florida 32835.

3. Does 1-10 (the "Agents") are individual agents employed by Hilton and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

4. Hilton at all times acted by and through one or more of the Agents.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. Defendants' Abusive Behavior

5. Beginning on or around December 2012, Defendants contacted Plaintiff on his home telephone using an automated telephone dialing system ("ATDS") and/or by using artificial or pre-recorded messages, for the purpose of soliciting to him Defendants' products and services.

6. During Defendants' initial phone call and each call thereafter, Plaintiff would experience a delay to be connected with a live representative.

7. Once Plaintiff had a live representative of Defendants on the line, he stated that he was not interested in doing business with Defendants, and furthermore, requested that Defendants cease all calls to his number.

8. Thereafter, despite Plaintiff revoking consent to receive such calls, Defendants continued placing numerous calls utilizing ATDS to Plaintiff's home phone.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, et seq.

9. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. Without prior consent the Defendants made telephone calls to the Plaintiff's residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the Plaintiff in violation of 47 U.S.C. § 227(b)(1)(B).

11. The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the Telephone Consumer Protection Act, including every one of the above-cited provisions.

12. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against the Defendants as follows:

1. Statutory damages for each violation pursuant to 47 U.S.C. § 227(b)(3)(B) & (C); and

2. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: February 7, 2013

Respectfully submitted,

By __*/s/ Lark Fogel*_____

Lark Fogel, Esq.

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

Law Office of Lark Fogel
Bar Number: 030383
lfogel@lemberglaw.com
Attorneys for Plaintiff

Plaintiff:
Anthony Kahalekulu
887 Forrest Drive
Highlands Ranch, Colorado 80126