IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-00335-LTB-CBS

Anthony Kahalekulu,

    Plaintiff/Movant,

Hilton Grand Vacations Company, LLC; and
DOES 1-10, inclusive,

    Defendants.

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Hilton Grand Vacations Company, LLC with prejudice and without costs to any party.

| Anthony Kahalekulu | Hilton Grand Vacations Company, LLC |
|---|---|
| ___/s/ Lark Fogel_____ | ___/s/ Sterling L. Cluff_____ |
| Lark Fogel, Esq. | Sterling L. Cluff, Esq. |
| Bar Number: 030383 | 1100 Glendon Avenue, 14th Floor |
| P.O. Box # 2486 | Los Angeles, CA 90024-3503 |
| Elizabeth, Colorado 80107 | Tel: (310) 500-3559 |
| Tel.: (303) 596-4838 | scluff@linerlaw.com |
| lfogel@lemberglaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By _/s/ Lark Fogel_____
Lark Fogel, Esq.