**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00335-LTB-CBS

ANTHONY KAHALEKULU,

       Plaintiff,

v.

HILTON GRAND VACATIONS COMPANY, LLC, and
DOES 1-10, inclusive,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 10 - filed May 23, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                               BY THE COURT:

                                 s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

DATED:   May 24, 2013